IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Alejandro Aleman-Francia, | No. CV-26-03972-PHX-SPL (DMF) |
| Petitioner, | |
| v. | **ORDER** |
| Erik Rokosky, et al., | |
| Respondents. | |

Self-represented Petitioner Carlos Alejandro Aleman-Francia filed this action under 28 U.S.C. § 2241 challenging his immigration detention and has paid the filing fee.

**I.    Petition**

In his Petition, Petitioner names as Respondents Eloy Detention Center Warden Erik Rokosky and Acting United States Attorney General Todd Blanche.

Petitioner is a citizen of El Salvador who entered the United States in 2019. Petitioner has an asylum application pending, and he was issued an Employment Authorization Document that is valid through June 22, 2026.  On March 10, 2026, Petitioner was detained by immigration officials while he was traveling from Yuma, Arizona to Salinas, California for work as an agricultural employee.  Petitioner asserts that his detention without an individualized hearing violates his right to due process under the Fifth Amendment.  He also alleges that he is not a flight risk or a danger to the community.

The Court will require Respondents respond the Petition.  In the response, Respondents must: (1) clarify the status of Petitioner's immigration proceedings; (2) clarify

the present basis for Petitioner's detention; (3) address whether Petitioner was previously released, and if so, whether that release created a liberty interest in his release; and (4) if Petitioner is detained pursuant to 8 U.S.C. § 1226(a), address why he has not been provided a bond hearing. Any answer must be supported by documentary evidence including, if applicable, affidavits signed under penalty of perjury by individuals with personal knowledge of the factual statements made therein.

## II.    Warnings

### A.    Address Changes

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

### B.    Copies

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document he files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

**IT IS ORDERED:**

(1)    Respondents must answer the Petition.

(2)    The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order on the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(3)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)    Respondents must answer the Petition within **20 days** of the date of service. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)    Petitioner may file a reply within **10 days** from the date of service of the answer.

Dated this 9th day of June, 2026.

Honorable Steven P. Logan
United States District Judge

- 3 -