# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Alejandro Aleman-Francia, | No.  CV-26-03972-PHX-SPL (DMF) |
| Petitioner, | |
| v. | **ORDER** |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)  The Court ordered Respondents to answer the Petition.  (Doc. 3.)  In their Response, Respondents state: "To the extent . . . Petitioner challenges his mandatory detention under 8 U.S.C. § 1225(b)(2), Respondents do not oppose the habeas petition or providing Petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a)." (Doc. 9.)  The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1)    Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2)    Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

. . . .

(3)     Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4)     Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 7th day of July, 2026.

Honorable Steven P. Logan
United States District Judge