# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Alejandro Aleman-Francia,<br><br>Petitioner,<br><br>v.<br><br>Eric Rokosky, et al.,<br><br>Respondents. | No. CV-26-03972-PHX-SPL (DMF)<br><br>**ORDER** |

On July 7, 2026, the Court entered judgment in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondents (on their concession) to provide Petitioner a bond redetermination hearing within 7 days.  On July 20, 2026, Petitioner filed a Motion to Enforce, indicating no bond hearing has been held and Petitioner remains in custody. (Doc. 12.)  The ICE online detainee locator also reflects Petitioner remains in immigration detention.

**IT IS THEREFORE ORDERED** Respondents must file a response to Petitioner's Motion to Enforce no later than July 22, 2026.  The response must include evidence a bond hearing was held within the timeframe established by the Court.

Dated this 21st day of July, 2026.

Honorable Steven P. Logan
United States District Judge